RMR
F.#2004R01002

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

NICHOLS INSTITUTE DIAGNOSTICS, INC.,

         Defendant.

- - - - - - - - - - - - - - - - - - - -X

O R D E R

Cr. No. 09-203 (SJ)

       Upon the application of the United States Attorney, by Assistant United States Attorney Robert M. Radick, IT IS HEREBY ORDERED:

       1.   The Clerk of the Court shall amend the caption of record in this case from United States v. John Doe, which is the current caption, to the caption set forth above; and

       2.   The following filings shall be unsealed: (a) the letter from AUSA Robert M. Radick to this Court and the Honorable Jack B. Weinstein, dated April 10, 2009, regarding the relation of this criminal matter to the case captioned United States ex rel. Thomas Cantor v. Nichols Institute Diagnostics, Inc.; and (b) the letter (and attachments thereto) from AUSA Robert M. Radick to this Court, dated April 14, 2009, regarding the guilty

2

plea tendered pursuant to Rule 11(c)(1)(C) of the Federal Rules

of Criminal Procedure.

Dated:    Brooklyn, New York
          April 16, 2009

                            SO ORDERE__

                                    /s/(SJ)

                    _____
                    THE HONORABLE STERLING JOHNSON, JR.
                    UNITED STATES DISTRICT JUDGE
                    EASTERN DISTRICT OF NEW YORK